# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACQUES,<br><br>        Plaintiff,<br><br>   v.<br><br>J. LOPEZ, JR., et al.,<br><br>        Defendants. | Case No.: 1:16-cv-01289-DAD-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT COPIES OF THE ENDORSED COMPLAINT FILED ON AUGUST 31, 2016<br><br>(ECF No. 9) |

      Plaintiff Michael Jacques is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

      On May 4, 2017, the Court ordered that service would be initiated on Defendant Lopez, Razo, Athie, Garza and Vasquez in this action. (ECF No. 9.) The Court instructed the Clerk of the Court to send to Plaintiff USM-285 forms, summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 31, 2016. (Id. at 2.) The Court ordered Plaintiff to complete the Notice of Submission of Documents and submit it to the Court within thirty days, along with completed summonses, a USM-285 for each defendant, six (6) copies of the endorsed complaint filed August 31, 2016, and all CDCR Form 602 documentation submitted in relation to this case. (Id.)

///

///

1

On June 12, 2017, Plaintiff submitted his Notice of Submission of Documents, which included five summonses, five completed USM-285 forms, one (1) CDCR Form 602; and only one (1) copy of the complaint. Thus, Plaintiff failed to submit all six (6) required copies of the endorsed complaint. (ECF No. 10.)

Accordingly, within **thirty (30) days** from the date of this order, Plaintiff SHALL SUBMIT five (5) copies of the endorsed complaint filed on August 31, 2016. Upon receipt, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs. <u>Plaintiff's failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: __**June 14, 2017**__

UNITED STATES MAGISTRATE JUDGE