# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACQUES,<br><br>Plaintiff,<br><br>v.<br><br>J. LOPEZ, JR., et al.,<br><br>Defendants. | Case No. 1:16-cv-01289-DAD-SAB (PC)<br><br>ORDER REQUIRING RESPONSE TO MOTION FOR AN ORDER REGARDING DEPOSITION UPON WRITTEN QUESTIONS<br><br>[ECF Nos. 20, 21, 22] |

Plaintiff Michael Jacques is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 11, 2017, the Court issued a discovery and scheduling order. (ECF No. 20.) Pursuant to that order, all discovery closed on June 11, 2018, and the dispositive motion deadline is set for August 20, 2018. (Id.)

Currently before the Court is Plaintiff's motion for an order for deposition upon written questions, (ECF No. 22), and his declaration in support, (ECF No. 21), filed on July 2, 2018. In his motion, Plaintiff states that he seeks information, documents and records from various non-party witnesses, and seeks an order to take depositions upon written questions. Plaintiff also declares that due to rain causing damages to his legal records and discovery documents, he was unable to complete discovery within the applicable deadlines.

Any response or opposition to this motion was due on or before twenty-one (21) days from the date of service of the motion. Local Rule 230(l). That deadline has passed, and no response was filed. The Court finds it appropriate to require a response from Defendants here.

Accordingly, the Court HEREBY ORDERS that Defendants' response to Plaintiff's motion for an order for deposition upon written questions is due within **seven (7) days** of this order.

IT IS SO ORDERED.

Dated: **July 24, 2018**

_____
UNITED STATES MAGISTRATE JUDGE