# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACQUES,<br><br>        Plaintiff,<br><br>    v.<br><br>J. LOPEZ, JR., et al.,<br><br>        Defendants. | Case No. 1:16-cv-01289-DAD-SAB (PC)<br><br>ORDER GRANTING IN PART DEFENDANTS' REQUEST FOR STAY OF BRIEFING SCHEDULE PENDING THE OUTCOME OF SETTLEMENT NEGOTIATIONS<br><br>(ECF No. 26)<br><br>**Dispositive Motion Deadline:** November 19, 2018 |

Plaintiff Michael Jacques is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for a settlement conference on October 18, 2018.

Currently before the Court is Defendants' motion for a stay pending the outcome of the settlement conference, filed on August 17, 2018. (ECF No. 26)

The Court does not find good cause to stay proceedings this matter due to the upcoming settlement conference. However, the Court agrees that good cause exists for a reasonable extension of the dispositive motion deadline, in the interests of justice and judicial efficiency, and to allow the parties to focus on the settlement negotiations.

Accordingly, it is HEREBY ORDERED that:

1.     Defendants' motion for a stay is denied; and

1

2. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended until **November 19, 2018**.

IT IS SO ORDERED.

Dated: **August 20, 2018**

_____
UNITED STATES MAGISTRATE JUDGE