# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACQUES,<br><br>        Plaintiff,<br><br>    v.<br><br>J. LOPEZ, JR., et al.,<br><br>        Defendants. | Case No. 1:16-cv-01289-DAD-SAB (PC)<br><br>ORDER REGARDING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 50) |

On December 20, 2019, Plaintiff Michael Jacques and Defendants J. Lopez, Jr., T. Vasquez, P. Athie, J. Garza, and R. Razo filed a stipulation to dismiss this entire action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 50.) The stipulation further states that each party shall bear its own litigation costs and attorney's fees.

Rule 41(a)(1)(A)(ii) provides, in relevant part, that "the plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared." In this case, since all parties signed and dated the stipulation of dismissal, the filing of the stipulation "automatically terminate[d] the action[.]" Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997) (citations omitted).

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending deadlines and close this case.

IT IS SO ORDERED.

Dated: **December 23, 2019**

                                           UNITED STATES MAGISTRATE JUDGE

1